## LIMPERT BROTHERS, INCORPORATED, v. MANUFACTURERS' LIABILITY INSURANCE COMPANY.

Decided June 7, 1927.

**Judgments—Opening of Judgments Taken by Default is Discretionary—Motion Denied.**

On application to open judgment.

Before Justices PARKER and CAMPBELL.

For the plaintiff, *Thomas G. Tuso.*

For the defendant, *Paul Koch.*

MEMORANDUM.

This is an application to open a judgment by default, and permit the filing of an answer and a trial of the issues raised.

The granting of such an application is discretionary and as neither the reasons assigned for such default nor the issues raised by the proposed answer are such as to move us to exercise such discretion the motion is denied.